UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRISTOL TOWNSHIP SCHOOL DISTRICT :
:
v. :
: NO. 09-CV-4101
S.W., parent and natural guardian of S.M., a minor :
:

**O R D E R**

AND NOW, this  3rd  day of September, 2010, upon consideration of the plaintiff's motion to enforce the settlement agreement, and after review of the Report and Recommendation of United States Magistrate Judge David Strawbridge (Doc. 37), the defendant's objections (Doc. 38), the plaintiff's reply to the objections (Doc. 39), and the record, IT IS HEREBY ORDERED that:

1. The defendant's objections are OVERRULED.

2. Magistrate Judge Strawbridge's well-reasoned Report and Recommendation is APPROVED AND ADOPTED.

3. The plaintiff's motion to enforce the settlement is GRANTED.

4. In accordance with my deputy clerk's order of April 1, 2010 (Doc. 28), this matter is dismissed under Local Rule 41.1(b) because the parties have settled.

5. My order of June 17, 2010, extended the period of time by which any party in this matter could file an application challenging the order of dismissal under Local Rule 41.1(b) until resolution of the motion to enforce the settlement agreement. That extension is lifted.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J